**RECEIVED**

SEP 1 2 2014

Legal Programs Department

SCANNED at LSP and Emailed

9/12/15 by CM . 15 pages

date    initials    No.

A COMPLAINT UNDER THE CIVIL RIGHTS ACT,
42 U.S.C. § 1983

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

Roy Williams
_____
Plaintiff

#343533
_____
Inmate Number

VERSUS

Warden Burl N. Cain
Asst. Warden Manzina
Major Schales And Capt. William Rosso
MSgt. Ernest Griffin, Cadet Kevin Stoener

(Enter above the full name of each
defendant in this action.)

**Electronic Filing Pilot Program**
In accordance with the Procedural Rules for Electronic Filing Pilot Project, General Order
2011, inmates who reside in or are transferred into Louisiana Department of Corrections facilities
participating in the Electronic Pilot Program shall receive orders, notices and judgments by Notice
of Electronic Filing ("NEF")

**Instructions for Filing Complaint by Prisoners**
**Under the Civil Rights Act, 42 U.S.C. §1983.**

The names of **all parties** must be listed in the caption and in part III of the complaint **exactly**
**the same.**

In order for this complaint to be filed, it must be accompanied by the filing fee of $350.00.
In addition, the United States Marshal will require you to pay the cost of serving the complaint on
each of the defendants.

If you are unable to pre-pay the filing fee and service cost, you may petition the court to
proceed in forma pauperis. You must sign the affidavit, and obtain the signature of an authorized
officer certifying the amount of money in your inmate account. If pauper status is granted, you will
be required to pay an initial partial filing fee and thereafter, prison officials shall be ordered to
forward monthly payments from your inmate account until the entire filing fee is paid.

You will note that you are required to give facts. THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS. ALSO, DO NOT INCLUDE EXHIBITS.

Submit the complaint and pauper affidavit to the Clerk of the United States District Court for the Middle District of Louisiana, 777 Florida Street, Suite 139, Baton Rouge, La. 70801-1712.

I. Previous Lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?    Yes (√) No ( )

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit
   Plaintiff(s): Raylee Williams

   Defendant(s): Burl Cain Warden L.S.P. James Caldwell Attorney General LA.  Louis G Authement Lead Attorney

1. Court (if federal court, name the district; if state court, name the parish): Western District OF LOUISIANA (SHREVEPORT LA.)

2. Docket number: 5:11-cv-01858-EEF-MLH

3. Name of judge to whom case was assigned: Elizabeth E. Foote Magistrate Judge Mark L Hornsby

4. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?): Case is still Pending

5. Date of filing lawsuit: 10/17/2011
6. Date of disposition: _____

C. Have you had any previously filed federal lawsuits or appeals, whether or not related to the issues raised in this complaint, dismissed by any federal court as frivolous, malicious, or for failure to state a claim for which relief can be granted?
   Yes (√)    No ( )

If your answer is yes, list the civil action numbers and the disposition of each case. You must identify in which federal district or appellate court the action was brought.

_____

_____

I. Place of present confinement: Camp J Gator 4-L Cell #10 Extended lockdown

A.  Is there a prisoner grievance procedure in this institution?
        Yes (✓) No ( )

B.  Did you present the facts relating to your complaint in the state prisoner grievance procedure?
        Yes (✓) No ( )

C.  If your answer is YES:

1.  Identify the administrative grievance procedure number (s) in which the claims raised in this complaint were addressed. LSP-2014-0166-W

LSP-2014-1235

2.  What steps did you take? I Fully Exhausted all of the Institutional Remedies

3.  What was the result? Denied on Institutional and Administrative levels.

D.  If your answer is NO, explain why not: _____

_____

## II. Parties

(In Item  A below, place your name in the first blank and place your present address in the second blank.  Do the same for additional plaintiffs, if any.)

A. Name of plaintiff(s) Roy Williams 343583
   Address Gator 4-L Cell #10 Extended Lock-down

In Item B below, place the full name of the defendant in the first blank, his official position in the second  blank, and  his place of employment in the third blank.  Use Item C for the  names, positions, and places of employment  of any additional defendants.

B.  Defendant _MSgt. Ernest Griffin_____ is employed as
_Master sergeant_____ at _Camp D Hawk 3/4 side_

C.  Additional Defendants: _Lt. Col Eli Wilson and Capt. Hooper_____
_Investigations. Lt. Elisabeth Roblin of Legal Programs_
_Dept._____

## III. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not given any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

III. Statement of Claim

On April 17, 2014 i was assigned to go to work at Camp D Hawk Unit 3/4 side. At about 3 p.m. i entered the building. Master SGT. Ernest Griffin took me inside Hawk 4 Inmate Room to be strip searched.

After i took off all of my clothes Msgt. Griffin told me to squat and cough. He then grabbed my Penis and would not let it go. i yelled for his work partner Cadet Kevin Stones. He came in and asked what was going on. And thats when i ran out the restroom. Msgt. Griffin threw his beeper at me, and hit me in the back of the head, And busted his beeper hitting me in the back of my head. Msgt. Griffin then asked me to be restrained I complied. He handcuffed me behind my back unclothed and placed me inside Hawk 3/4 Visiting Room. And thats when he placed his finger inside my Anus. This is not the first assault by Msgt. Ernest Griffin. It is alleged that he has numerous cases of battery and Sexual Assault upon Inmates.

Before this incident happened i reported Msgt. Griffin sexual advances to Warden Manzino. He referred me to Major schales and Capt. William Rossa. They told me to take my lick. meaning to get whatever happened to me. When i reported the sexual Assault Capt. William Rossa falsified a report against me and had me placed in Admin Seg. where ive been since 4-17-14. He also falsified reports against me on 3-12-13 And again on 4-12-14 Because i filed a grievance against his mother who is over inmate Account. He promised me every opportunity he got he would get me, And he has carried out his threat. It is upon information learned that Capt. William Rossa is known for filing false reports and Physically Assaulting Inmates.

I had inmate Counsel Herb Butter appeal the D.B. decision on 5-1-14. Lt. L. Roblin falsified her report by saying she received the Appeal on 5-16-14. i No this because of the acknowledgment letter she sent to me. So on 5-16-14 i filed a grievance on her. She turns around and send the Appeal to the Secretary of Corr. who rejects it because she said it was untimely. i No that i mailed the Appeal on 5-1-14. if she did receive it on 5-16-14. It is not my fault Lt. L. Roblin And the Secretary should have answered the merits of the claim

III. Statement of Claim   Continued

I was seen by the triage of the hospital who refused to treat me but took my statement of the sexual Assault. I asked to see a Psychiatric Dr. I told him that i had been Sexually Assaulted.

He prescribed ~~my~~ me Remeron for depression and Paranoia on 6-5-14. And i have been taking the meds every day since. Every since this sexual Assault happened to me i been afraid for my life. Several inmates have come up dead mysteriously. I don't want any of that to happen to me. I am scared for my life back here at Camp J. I'm sure the court is very aware of the mysterious death's at Camp J.

IV. Relief

State briefly what you want the court to do for you. Cite NO cases or statutes. Attach NO Exhibits.

1. The first thing i would like the court to do for me is order a preliminary and permanent injunction ordering Warden Burl Cain to have me placed back into the dormitory as soon As possible.

2. Compensatory damages in the amount of $50,000 against each defendant, Jointly and severally.

3. Punitive damages in the amount of $5,000 against each defendant.

4. A jury trial on all issues triable by jury.

5. Plaintiff costs in this suit.

6. Any additional relief this court deems just, Proper, and equitable.

Sept 11, 2014 Roy Williams #313533

Respectfully Submitted

### V.Plaintiff's Declaration

1. I understand that I am prohibited from bringing a civil action in forma pauperis if, while I was incarcerated or detained in any facility, I have brought three or more civil actions or appeals in a court of the United States that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

2. I understand that even if I am allowed to proceed in forma pauperis, I am responsible for paying the entire filing fee and any cost assessed by the Court, which, after payment of the partial filing fee, shall be deducted from my inmate account by my custodian in installment payments as prescribed by law.

3.I understand that if I am released or transferred, it is my responsibility to keep the Court informed of my whereabouts and failure to do so may result in this action being dismissed with prejudice.

4.I consent to receive orders, notices and judgments by Notice of Electronic Filing.

Signed this _____ day of _____, 20____..

_____
Signature of plaintiff(s)